# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOLOMON M. BROOKS,

   *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*

   *Respondents*.

2:10-cv-00045-GMN-LRL

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court following upon the notice (#8) of appearance by counsel with the Federal Public Defender.

IT THEREFORE IS ORDERED that the Federal Public Defender's Office is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), with Paul G. Turner, Esq., appearing as petitioner's counsel of record.

IT FURTHER IS ORDERED that petitioner shall have until up to and including one hundred twenty (120) days from entry of this order within which to file an amended petition. The Court will screen the amended petition prior to ordering a response from respondents.

The Clerk shall send a copy of this order to the CJA Coordinator for this Division.

DATED this __20th__ day of July, 2010.

_____
Gloria M. Navarro
United States District Judge