# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOLOMON M. BROOKS,

  *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

  *Respondents.*

2:10-cv-00045-GMN-LRL

ORDER

  IT IS ORDERED, pursuant to Local Rule LR IA 10-6(b), that, within **seven (7) days** of entry of this order, petitioner's counsel shall file a certificate showing service of the motion to withdraw on petitioner.

  DATED this 11th day of September, 2012.

_____

Gloria M. Navarro
United States District Judge