# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SOLOMON M. BROOKS,<br>    *Petitioner*,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br>    *Respondents.* | 2:10-cv-00045-GMN-LRL<br><br>ORDER |

    IT IS ORDERED, pursuant to Local Rule LR IA 10-6(b), that, within **seven (7) days** of entry of this order, petitioner's counsel shall file a certificate showing service of the motion to withdraw on petitioner.

    DATED this 11th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge